SHARON A. URIAS (SBN 016970)
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone:  (323) 880-4520
Facsimile:  (954) 771-9264
Email: Sharon.Urias@gmlaw.com

MARK T. DOERR (NY SBN 4924148) (Appearance Pro Hac Vice)
**GREENSPOON MARDER LLP**
590 Madison Ave., IBM Building, Suite 1800
New York, New York 10022
Telephone:  (212) 524-5000
Email: Mark.Doerr@gmlaw.com

DANIEL F. NAGEOTTE (AZ SBN 035562) (Appearance Pro Hac Vice)
**GREENSPOON MARDER LLP**
8585 E. Hartford Dr., Suite 700
Scottsdale, AZ 85255
Telephone: 480.779.1438
Facsimile: 480.306.5459
Email: Daniel.Nageotte@gmlaw.com

*Attorneys for Plaintiff Frontera Resources Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRONTERA RESOURCES CORPORATION AND FRONTERA INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN HOPE AND OUTRIDER MANAGEMENT LLC,<br><br>Defendant. | Case No.: 3:19-cv-01996-RS<br><br>**ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF CASE DEADLINES AS MODIFIED BY THE COURT**<br><br>Judge: Hon. Richard Seeborg<br><br>Action Filed: April 14, 2019<br>Trial Date:    October 31, 2022 |

The Court, having considered the Stipulated Motion for Continuance of Case Deadlines (the "Stipulated Motion") filed by Plaintiff Frontera Resources Corporation, and Defendants Stephen Hope, Outrider Management, LLC and Outrider Onshore, LP, filed on December __, 2021, and having

considered the other applicable pleadings and papers on file in this action, and having determined that notice of the Motion has been proper under the circumstances and good cause appearing, HEREBY ORDERS AS FOLLOWS:

1. The Stipulated Motion is **GRANTED**; and

2. The trial date and other deadlines are continued as follows:

   a. Completion of Non-Expert Discovery is continued from January 21, 2022 until July 20, 2022.

   b. Last day to designate experts and provide Expert Disclosures is continued from February 18, 2022 until August 17, 2022.

   c. Last day to designate rebuttal experts and provide Rebuttal Expert Disclosures is continued from March 18, 2022 until September 14, 2022.

   d. Completion of Expert Discovery is continued from April 22, 2022 until October 19, 2022.

   e. Last day for Pre-Trial Motions to be heard is continued from June 16, 2022 until December 15, 2022.

   f. Final Pretrial Conference is continued from October 19, 2022 at 10:00 a. m. until April 19, 2023.

   g. Jury Trial is continued from October 31, 2022 at 9:00 a.m. until May 1, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 22, 2021

HON. RICHARD SEEBORG