SHARON A. URIAS (SBN 180642)
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (323) 880-4520
Facsimile: (954) 771-9264
Email: Sharon.Urias@gmlaw.com

MARK T. DOERR (NY SBN 4924148) (Appearance Pro Hac Vice)
**GREENSPOON MARDER LLP**
590 Madison Ave., IBM Building, Suite 1800
New York, New York 10022
Telephone: (212) 524-5000
Email: Mark.Doerr@gmlaw.com

DANIEL F. NAGEOTTE (AZ SBN 035562) (Appearance Pro Hac Vice)
**GREENSPOON MARDER LLP**
8585 E. Hartford Dr., Suite 700
Scottsdale, AZ 85255
Telephone: 480.779.1438
Facsimile: 480.306.5459
Email: Daniel.Nageotte@gmlaw.com

*Attorneys for Plaintiff Frontera Resources Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRONTERA RESOURCES CORPORATION AND FRONTERA INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN HOPE AND OUTRIDER MANAGEMENT LLC,<br><br>Defendant. | Case No.: 3:19-cv-01996-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Richard Seeborg<br><br>Action Filed: April 14, 2019<br>Trial Date: May 1, 2023 |

The Court, having considered Plaintiff Frontera Resources Corporation's ("Plaintiff") Emergency Motion for Continuance of Deadline to Respond to Defendants' Motion for Summary Judgment (the "Motion"), filed on November 23, 2022, and having considered the other applicable pleadings and papers

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR CONTINUANCE OF DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

CASE NO. 3:19-CV-01996-RS

on file in this action, and having determined that notice of the Motion has been proper under the circumstances and good cause appearing, HEREBY ORDERS AS FOLLOWS:

    1.    The Motion is **GRANTED**; and

    2.    The deadline for Plaintiff to respond to Defendants' Motion for summary judgment is extended to _____.

**IT IS SO ORDERED.**

DATED: _____, 2022

                                              _____
                                              HON. RICHARD SEEBORG

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR CONTINUANCE OF DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

CASE NO. 3:19-CV-01996-RS