UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRONTERA RESOURCES
CORPORATION, et al.,

Plaintiffs,

v.

STEPHEN HOPE, et al.,

Defendants.

Case No. 19-cv-01996-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that a settlement has been reached between Plaintiff Frontera Resources Corporation and Defendants. Plaintiff Frontera International Corporation has not appeared in this matter since the motion of its counsel to withdraw was granted on August 16, 2021. Dkt. 31. Accordingly, the Court vacates all pretrial and trial dates.

Plaintiff Frontera Resources Corporation and Defendants are required to file a stipulation of dismissal by April 10, 2023. If a stipulation of dismissal is not filed by that date, Plaintiff Frontera Resources Corporation and Defendants are ordered to appear on April 13, 2023 at 1:30PM in Courtroom 3, 17th Floor of the San Francisco Courthouse and show cause why the claims of Plaintiff Frontera Resources Corporation should not be dismissed. Failure to comply with this Order may result in dismissal of these claims.

Plaintiff Frontera International Corporation is ordered to file papers no later than March 9, 2023 showing cause why its claims should not be dismissed for failure to prosecute. In the event Plaintiff Frontera International Corporation does not respond to this order, it claims will be

dismissed without further notice.

Pursuant to the representation of Plaintiff Frontera International Corporation's former counsel that papers may be served on it for forwarding to Plaintiff Frontera International Corporation as provided in Local Rule 11-5(b), Dkt. 91 at 7, the clerk shall serve this order on Haynes and Boone for such purpose.

**IT IS SO ORDERED**.

Dated: February 10, 2023

RICHARD SEEBORG
Chief United States District Judge